PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: GRANT, Omar Lee

Cr.: 09-00459-001
PACTS Number: 33409

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 07/23/2003

Original Offense: Conspiracy to Possess with Intent to Distribute Marijuana

Original Sentence: 63 months imprisonment; 5 years supervised release; $100 special assessment.  Special condition: Drug and Alcohol Testing/Treatment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/25/2006

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows.  The addition of the following special condition:

COMMUNITY SERVICE  (40 hours)

The defendant shall contribute 40 hours of community service work over a period of four (4) months or less from the date this petition is signed by Your Honor.  Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On February 7, 2011, Grant was arrested by the Clifton, New Jersey Police Department and charged with possession of marijuana.

Respectfully submitted,

By:  Joseph Empirio, U.S.P.O.

Date:  02/24/2011

THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above
[ ]  No Action
[ ]  Other

Dennis M. Cavanaugh
U.S. District Judge

_____
Signature of Judicial Officer

2/25/11
_____
Date